IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| RALPH BROWN, JR., | * |
| Petitioner, | * |
| vs. | * |
| | CASE NO. 3:06-CV-48 (CDL) |
| JAMES DONALD, Commissioner of the Georgia Department of Corrections, | * |
| Respondent. | * |

## ORDER ON RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on October 25, 2006, is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 8th day of December, 2006.

                                                      S/Clay D. Land
                                                        CLAY D. LAND
                                          UNITED STATES DISTRICT JUDGE